# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL BUCKNER, and JOSEPH R. RESCHINI, as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN and PENSION TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>BRENDA L. MURRAY, EXECUTOR OF THE ESTATE OF ROBERT E. MURRAY,<br><br>    Defendant. | Case No. 1:21-CV-00567-TJK |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Sara Pikofsky hereby withdraws as counsel for Plaintiffs, pursuant to LCvR 83.6(b).  Steptoe & Johnson LLP will continue to serve as counsel for Plaintiffs.

Dated: March 29, 2022            Respectfully submitted,


                                 */s/ Sara Pikofsky*
                                 Paul Ondrasik (D.C. Bar No. 261388)
                                 Filiberto Agusti (D.C. Bar No. 270058)
                                 Sara Pikofsky (D.C. Bar No. 485948)
                                 Joshua Taylor (D.C. Bar No. 486025)
                                 Steptoe & Johnson LLP
                                 1330 Connecticut Avenue, NW
                                 Washington, DC 20036
                                 (202) 429-6428 / Fax (202) 429-3902
                                 E-Mail: fagusti@steptoe.com

        pondrasik@steptoe.com
        spikofsky@steptoe.com
        jrtaylor@steptoe.com

MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.
Paul A. Green (D.C. Bar No. 383588)
John R. Mooney (D.C. Bar No. 375886)
Diana M. Bardes (D.C. Bar No. 1010075)
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 783-0010
E-mail: pgreen@mooneygreen.com
       jmooney@mooneygreen.com
       dbardes@mooneygreen.com

*Counsel for Plaintiffs*