# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHEAL W. BUCKNER *et al*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT E. MURRAY *et al*,<br><br>    *Defendants*. | Civil Action No. 21-567 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motions to dismiss, ECF Nos. 48, 49, and 50, are **GRANTED.** It is further **ORDERED** that Plaintiffs' Amended Complaint, ECF No. 46, and the case are **DISMISSED WITHOUT PREJUDICE**. This is a final, appealable order. The Clerk of Court is directed to close the case.

    **SO ORDERED.**

/s/ Timothy J. Kelly<br>
TIMOTHY J. KELLY<br>
United States District Judge

Date: March 30, 2024